UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.A. and H.A., individually and on behalf of their child, L.A.,<br><br>      Plaintiffs,<br><br>    v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCTION,<br><br>      Defendant. | No. 24-CV-7676 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated: January 29, 2025
     New York, New York

                    Ronnie Abrams
                    United States District Judge