UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.A. and H.A., individually and on behalf of their child, L.A.,<br><br>     Plaintiffs,<br><br>     v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>     Defendant. | No. 24-CV-7676 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Since the Court issued its February 19, 2026 order denying Plaintiff's motion for partial summary judgment, it has not heard from the parties. Unless either party requests otherwise by April 21, 2026, the case will be closed.

SO ORDERED.

Dated:  April 7, 2026
    New York, New York

                _____
                Ronnie Abrams
                United States District Judge